This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**MARIA ROLDAN, Individually and as Parent and/or Guardian of KEILA ORTIZ, DIANA ORTIZ, and KALEB GONZALEZ, Minors, and KEVIN NAVARRO,**

Plaintiffs-Appellants,

**v.**                                                     **No. 35,140**

**CITY OF ALBUQUERQUE and JOHN STOTT,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Beatrice J. Brickhouse, District Judge**

Southwest Legal Group
Robert J. Andreotti
Santa Fe, NM

for Appellants

Trisha A. Walker
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

{1} Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2} Affirmed.

{3} **IT IS SO ORDERED.**

_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____

**LINDA M. VANZI, Judge**

_____

**STEPHEN G. FRENCH, Judge**

2